**United States District Court**
**For**
**The District of Maryland**
**Southern Division**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 JUN 21  A 11: 12

CLERK'S OFFICE
AT GREENBELT

BY_____ _____

ARTHUR C. MORGAN )
)
Plaintiff )
)
Vs. ) Case No. _____
)
ELIZABETH G. WRIGHT )
)
Defendant )

{GJH 21CV1526

Elect for Jury Trial

---

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
(Non-Prisoner Complaint)

1.  Parties to the Complaint

    A. The Plaintiff

        Arthur C. Morgan
        9622 Hagel Circle
        Lorton, Va. 22079
        571-334-5673
        a.morgan202052@gmail.com

    B. The Defendant

        1.  Elizabeth G. Wright
            Assistant U.S. Attorney
            6500 Cherrywood La. , Suite 200
            Greenbelt, Md. 20770
            301- 344 - 0806
            elizabeth.wright2@usdoj.gov

            Official Capacity

1

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. I am bringing suit against Federal Officials (A Bivens Claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? - N/A

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Plaintiff's 1st. Amendment rights have been violated due to the Government's decision to inhibit Plaintiff;s testimony and exhibits in a related criminal case where the Plaintiff is a defendant. The government has stated that any testimony related to plaintiff's past twenty eight year government service as a Confidential Information Asset has been deemed "classified" and may not be presented in the plaintiff's defense without their administrative permission.

Plaintiff's 4th amendment rights were violated due to The Search Warrant language that violated - FRCP-41(e)(2) - language that lacked the specified "Particularity" as required in the statute and resulted in vague and improper instruction, which led to the confiscation of items not associated with the related criminal case, and the destruction of personal property by the search agents. These actions occurred due to a misrepresentation of past historical facts and the creation of a false narrative created by AUSA Elizabeth G.

Wright which instilled bias, prejudice and discrimination. The search agents acted in an excessive abusive manner and unprofessional behavior in their actions.

Plaintiff's 5th Amendment - confiscation of plaintiff's property without just compensation in a related criminal case.

Plaintiff's 6th Amendment rights have been violated by the Government actions of preventing witness testimony in favor of the Plaintiff in a related criminal case, who are retired F.B.I. Special Agents, and worked with the plaintiff for a period of over 16 years, by the Government's administrative action making the witness testimony as "classified" material.

Plaintiff's 5th and 8th amendment rights have been violated due to the actions of AUSA Elizabeth G. Wright is also responsible for presenting a collection of misrepresented past historical facts and creation of a false narrative to the court and pretrial services, in a related criminal case, where the Plaintiff is a defendant, AUSA Wright's actions instilled bias, prejudice, and discrimination with the Pretrial Service recommendations and the court ruling in reguard to Plaintiff's Bail release conditions in which led to the Plainfitt's incarceration and increase of bail amount by the court without just cause. The court ruling was based on the bias, prejdice and discrimination, which violated due process, and failed in adhering to Bail Reform Act of 1987 -FRC-3142(c)(1) - amended version, Oct. 2005 - (18 U.S. Code- 3141-3150) - There was no factual evidence to support the punitive ruling and later imposed restricted release conditions.  The Plaintiff is a

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

productive member of the community, he was neither a threat to the community nor a flight risk, in addition the charges against him were "White collar" and non violent.

Plaintiff's 9th amendment rights have been violated, (other rights that have not been stated in the "Bill of Rights). Inhibiting plaintiff from gainful employment in the plaintiff's profession as a security professional due to the A.U.S.A. Elizabeth G. Wright assault on the character of the Plaintiff, by the misrepresentation of past historical facts and the creation and propagation of a false narrative for the purpose of discrediting the Plaintiff and circumvent his due process and coerce the plaintiff into biased based plea bargain for a quick conviction in a related criminal case for further advancement in her professional career agenda. These actions were a violation of ABA and DOJ ethics standards and can  be equated as slanderous and abuse of authority.

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed - N/A

## III - Statement of Claim

A.  Where did the events giving rise to your claims occur?

B.  What date and approximate time did the events giving rise to your claim(s) occur?

C.  What are the facts underlying your claim(s)?  *(For example:  What happened to you? Who did what? Was anyone else involved?  Who else saw what happened?)*

(See Attached -Statement of Claim)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

**IV - Injuries** - N/A

**V - Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

**1** - Injunction against the original court order issued by Federal Magistrate Judge Gina I. Sims of the Bail restrictions of twenty four lock down to residence, drug testing and GPS monitoring until sentencing in the related criminal case.

**2** - Return of all confiscated property taken during the search warrant execution, with the exception of the firearms and body armor, but compensation for their loss. (see attached confiscated property sheets)

**3** - Compensation for the damage to residence and other personal property and loss of personal property. (see attached confiscated property sheets)

Damage to Attic at Lorton residence estimated at $ 2,429.00

Confiscated property from Lorton Residence estimated at $ 11,490.75

Confiscated property from Springfield warehouse estimated at $117,250.00

Confiscated and damaged property from Dickerson Storage, Mineral, Virginia estimated at  - $ 11,920.00

Confiscated and damaged property from 4448 Mt. Airy Rd., Louisa Virginia estimated value - $ 1,412.2

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

**4** - Compensation for loss of business and employment. Loss of plaintiff's business which was forced to be closed by the actions initiated by AUSA Elizabeth G. Wright without due process (see attached S.E.G. Business worth) Estimated at $ 399,821.00 USD

**5** - Recommend an administrative DOJ reprimand for AUSA Elizabeth G. Wright for her unethical and unprofessional behavior, but also initiate an administrative investigation and review and reform of the United States Attorney's Office, nationwide. Under the standards of 3-1.2 - Functions and Duties of the Prosecutor established by the American Bar Association states, "The primary duty of the prosecutor is to seek justice within the bounds of the law, not merely to convict." AUSA Elizabeth G. Wright's behavior violated this standard and the DOJ "Standard of ethics". Unfortunately AUSA Wright's actions are not the exception to the rule, but have eroded into an acceptable policy among many federal and state prosecutors which have resulted in violations of the defendant's civil rights and due process. When an institution of justice allows its members to abuse their authority, politicise the office for personal gain, and embrace bias, prejudice and discrimination in their actions, then the institution has sacrificed it credibility, integrity and respect to protect an projected image of hyporocracy.

**6** - Present recommendations for administrative policy and procedure reforms within the U.S. Federal Probation and Pretrial Services. There exist a unhealthy culture of bias, prejudice, and discrimination that results in a institutional abuse of authority, and emplementation of policies of excive punitive actions without just cause against individuals under their supervision.

Federal Pretrial Officers have the responsibility of presenting recommendations for bail and or release to the court in regard to a defendant's status.  In many situations their recommendations

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

are based on their personal beliefs and bias and not in accordance with the "rule of law". It is paramount for the integrity of the court and the criminal justice system that their recommendations are presented in accordance with the 18 U.S.C. § 3142(b) Bail Reform Act. and not some personal prejudice or bias nor the recommendations presented by the government.

7 - Present recommendations for the Department of Justice to implement diversity training, psychological screening programs and re-emphasis on ethics and code of conduct for federal prosecutors to embrace to combat the current culture of bias, prejudice, class and race discrimination currently in practice by some of the members of the Federal criminal justice system.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case−related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing 06/ 16 /2021

Signature of Plaintiff _____

Arthur C. Morgan - Pro Se

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

## Statement of Claim

In our current climate of exposing the misconduct of rogue members of law enforcement, there is another area of the criminal justice system that is not getting the same level of attention ,but is in dire need of investigation, exposure and reform. There are jurists, U.S Prosecutors, Magistrates, Pretrial Officers and Judges who exercise almost absolute authority over individuals who have the misfortune of being subjects of the criminal justice system, who's civil rights are being institutionally violated on a regular basis, in ways where there is no recourse or protection available due to Absolute Privilege which offers a even higher level of protection to jurists than Qualified Immunity. It allows prosecutors to make defamatory, material false and misleading statements against a defendant for the sole purpose of attacking their character, which instills bias, discrimination and prejudice amoung other jurists and members of the criminal justice system, which has a direct negative effect on recommendations and rulings imposed by the court.

I have experienced this phenomena first hand, I have been a career security professional, operating my own company, with over 28 years of service, as a private investigator, military security contractor, and Technical Surveillance Countermeasure Specialist, (TSCM). My past clients include law enforcement, military and government agencies. I have been a respected member of the community and recognized as a distinguished member of my profession. I am also an x-offender, convicted felon who served hard time for second degree murder, and RICO violations from 1982-1988.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I predict that your initial response would be, "How is this possible?". The explanation is even more incredible, but true. In my early years of being associated with organized crime, I was a "enforcer" and "fixer". I successfully protected the operations of the organization for over a seven year period from local government and law enforcement by employing surveillance and countersurveillance tactics. A few years after my release in 1988, I was recruited and worked for a New York Security Company (C.C.S. / S.T.G.) as a "Security Consultant" and became the manager for the Washington D.C. field office. We specialized in electronic investigative / surveillance security products and countermeasures. I developed an extensive foreign embassy and government clientele. My activities came to the attention of the F.B.I. Counter-Intelligence Office in December of 1992. This was the beginning of my 26 year career of service as a confidential Intelligence Asset. I was provided support in transforming my security consulting company (Surveillance Equipment Group Inc. / S.E.G. Inc.) to be a licensed security company in Virginia. My company acquired a Federal Firearms License for 1994-1996, to support specific work related activity, and I was a registered Armed Security Office for the year 2005.  I also established  long term "working relationships" with other Law enforcement and Intelligence Agencies, and am still in good standing with the individual retired members of those Agencies.

After 911, and the initiation of the Iraq and Afghanistan conflict there was an increased demand for body armor products. In November of 2007, I had a discussion with a mutual friend and associate who was a member of the Ft. Bragg "special forces" community. He informed me that the current U.S. Army issue "V-50" (NIJ Level IIIA) soft armor vests were not effective against the Russian Tokarev, military 7.62 x 25 mm. Pistol, which was a standard sidearm for the Iraqis militias. This was informally further verified by other armed service members. This

9

motivated me to research a solution and establish our own brand of body armor, at the same time. I developed a relationship with an American Chinese contact, Mr. (Sam) Jian Chen who became my friend and financial partner. I shared this issue with Mr. (Sam) Jian Chen and he responded that Chinese manufactured body armor was effective against the Russian Tokarev, because Chinese armament was identical to Russian armament and their body armor was designed to offer protection from their own light weaponry. Mr. (Sam) Jian Chen introduced me to Chinese manufactures and government officials that were involved with the production of body armor and helmets. I procured samples and sent them to my Ft. Bragg Special Forces contacts for testing. I was informed the samples passed ballistic testing and were effective in defeating the 7.62 x 25 mm. cartridge. I then traveled to China several times with Mr. (Sam) Jian Chen, to establish an OEM relationship to manufacture a SEG Armor product line. My motive was two fold, first, I needed to have a legitimate reason to network with Chineses government officials to gain access to various security technologies and develop in-country contacts. Secondly, I wanted to offer the U.S. forces in Iraq and Afghanistan a protective product that would defeat light Russian weaponry. I started supplying the armor products under our own brand (S.E.G. Armor) to government clients through our GSA contract. I was aware that China was not a TAA compliant nation and their products should not be sold to the U.S. Government clients, but I felt it was more important to provide a product to our troops that was effective against the light enemy fire. My long term goal was to reverse engineer and transition the manufacturing to be U.S. made in Louisa,Virginia, where I had a long term intention to build a factory.

My life and career came to an abrupt halt on early Tuesday morning of December 17th 2019. I was arrested in my home at 6 AM, for "Bank Wire Fraud".  The arrest was violent and

the escalated use of force had no justification. Although there were firearms secured in my

upstairs home office closet, I was unarmed and never presented myself as a threat. I was treated

like foreign military combatant. I was handcuffed and shackled and then thrown to the ground

just for a show of force and intimidation.


My initial appearance at Federal District Court Greenbelt was another shock to my

senses. I was expecting to be allowed bail pursuant to the Bail Reform Act of 1987 and amended

version of October, 2005. (18 U.S. Code 3141 -3150) . I was neither a flight risk nor a threat to

the community.


A.U.S.A. Elizabeth G. Wright presented an intense "false narrative" to Federal District

Magistrate Judge Gina I. Sims, which included defamatory and a very distorted view of my 40

year old past criminal history.  She misrepresented facts and made several material false

statements that were a direct assault against my character. A.U.S.A. Wright further falsely

accused me of being a flight risk due to my past extensive foreign travel (I have traveled to over

50 foreign countries, many of the travels were work related to my government Informational

Asset service activity). She falsely stated that I was involved in operating a criminal enterprise,

and accused me of "Obstructing Justice" by attempting to destroy evidence, claiming that my

attempt to complete delivery on a legitimate order - Riot Gear intended to be delivered to the

Mexican prison system was an act of intentional destruction of evidence. She falsely accused me

of government witness intimidation, Mr. Paul Cabrera, a long time friend and employee of my

company. A.U.S.A. Wright also falsely claimed that I intimidated and threatened my wife, which

was an inference that my wife would be unacceptable as a custodian, if I were to be released.

A.U.S.A. Elizabeth G. Wright was fanatically fixated on my past 40 year old criminal history, she demonstrated implicit bias, prejudice, and discrimination, which had a direct and negitive influence on Magistrate Simms's rulings regarding my possible release . A.U.S.A. Wright's behavior was dogmatic, zealous, and fanitical. She made these presentations to the court without any factual substantiation to support the acquisitions. I later learned that A.U.S.A. Wright went to great extent to notify all of my government clients, including GSA and the Virginia Dept. of Criminal Justice (DCJS) of my arrest. (This was done with the intent to have my certifications and security company license and government contracts revoked.) Please note, at the time she initiated these actions, I had not been convicted of any crime. I viewed these acts as a further effort to circumvent my due process and civil rights and inhibit me from any gainful employment.

A.U.S.A. Wright's actions caused a chain of confirmation bias actions that created a "Catch 22" scenario. Federal District Magistrate Judge Simms initially approved a $75,000.00 property Bond but Pretrial U.S.P.O. Leigh A. Messett stated to the Court that my wife, (a medical professional with no criminal record) was not fit as a "Custodian Agent" because "she worked too many hours", even though she worked a normal 40 hour week from 6AM- 3PM. The PreTrial recommendation was autocratic and reflected the same defamatory implicit bias and prejudice initiated by A.U.S.A. Wright. I was at a loss to understand their collective bias and prejudice behavior. I was remanded to D.C. jail.

My charge of one count of "Bank Wire Fraud", a "white collar crime". I am a 68 year old man with a 30 year career as a security professional, with no major arrest or convictions for the

past 40 years. I had established ties to the community and was a property owner, and I posed no threat to the community and functioned as a law abiding citizen with close working relationships with military and law enforcement. All of what I stated can be collaborated with defense exhibits for the related criminal case.

It was evident that Agents who were involved with my investigation and arrest embraced the same biased and prejudiced behavior generated from A.U.S.A. Wright's false narrative, again they focused on my past 40 year old criminal history. They demonstrated fanatical tunnel vision and totally ignored any evidence that didn't support their biased perspective. On the day of my arrest my wife was interviewed by one of the young FBI agents, He said to her, "Did you know that your husband killed someone?" He behaved as if I had just committed the act. My wife was very surprised at his actions. He then inquired if she had a criminal record? (She does not) They collectively embraced a misconceived false narrative. If GSA-IG-S.A. Rudolph (Agent in charge) or any other government investigating agent had approached me directly and informed me of the charges, I would have fully cooperated and accepted the consequences and saved taxpayer dollars from being wasted needlessly in pursuit of their misguided agenda. All of these actions on their part demonstrate violations of my 5th and 8th and 9th amendment (violation of due process due to bias and prejudice demonstrated by the federal agents and the collective negative actions presented during the bail hearing, including the slanderous and false statements of A.U.S.A. Wright.

In addition to my arrest there were search warrants executed on my home and three other locations. The language of the "Search Warrants" was intentionally vague and lacked the

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

required specific "Particularity" as required as stated in FRCP-41(e)(2). The documents were full

of generalizations which lack "probable cause". This generalization encouraged the Search

Agents to confiscate items that were not relevant to the criminal complaint. Their entire search

activity was excessive and destructive. These actions violated my 4th amendment rights.


Location (1) 9622 Hagel Circle, Lorton, Va. 22079 - Family residence which is titled in

my wife's name. Our home was left in total disarray. Agents searched the entire house, including

our bedroom, even the attic floor insulation was torn up. They confiscated everything from blank

check books to past year income tax return documents, trade show samples. Many of the items

had no correlation to the Search Warrant descriptions. There were 4 firearms confiscated; 2

pistols, and 1 shotgun taken from my second floor home office closet. There was a revolver in

the bedroom closet that belonged to my wife. (All of these weapons were acquired over 25 years

ago, when my company had a legitimate FFL license.). There was a small amount of marajuana

confiscated, which I used to treat my PTSD. The insulation in our attic was totally torn up and

the attic separation wall between our dwelling and the adjourning residence were broken open. In

an effort to recover a firearms accessory part that was not listed on the Search Warrant. The

Search Agents left our residence damaged and in disarray. (see attached confiscated items list)


Location (2) -, 7701 Southern Dr., Suite R, Springfield, Virginia 22150 - Storage unit #

D7 (850 sq. ft.), Single Storage unit in a multi-space warehouse. We temporarily had stored 35

pallets of non ballistic Anti-Riot gear, 377 Riot suits, 353 Riot Helmets, 152 Riot Shields, 69

Duty Belts, 126 Tactical Transport Bags intended to be shipped to Laredo Texas for a State Dept

INL contract, valued over $120,000.00. The End User was the Mexican Prison System. All of

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

my financial resources were invested in this contract. The Search Agents announced a "Bomb

Threat" to clear the other tenants from the facility. (This can be calibrated, with Mr. Paul

Cabrera's statement, and other tenants) The Search Agents violated the civil rights of other

innocent individuals for their own agenda. Here again reflects autocratic excessive

unprofessional behavior, which should be prohibited as to how a federal agent should conduct

their affairs. (See attached confiscated items list)


Location (3) - 5072 Zachary Taylor Hwy. unit 411, Mineral Virginia 23117 - 10 x 20

storage garage. Search Agents broke a 24" x 48" glass table top, damaged classic LP album

collection LP Vinyl record collection approx. 120 records - 1950 and 1970 collection.

They confiscated Pelican transport case with trade show display posters and a (non-working)

demo of a cellular intercept monitoring system, personal records and license plate recognition

cameras. See Search Warrant Inventory (highlighted). Not listed on the Search Warrant Inventory

are the following items missing a 500 year-old 5-panel antique Chinese screen with gold leaf

inlay (front) and ebony inlay with stones (rear), 14" x 72";  a non-working demo of a cell

intercept monitoring system with 2 patch antennas and trade show display, 120" x 72", a

non-working demo of a Search and Rescue GSM Tracking unit,  a black wheeled tool box with

technician's tools, a 2-tier tool box with tools; and, a 32" flat screen color monitor. None of these

items were associated with items listed on the search warrant.  (see attached confiscated list)


Location (4) - 4448 Mt. Airy Rd., Louisa, Va. 23093 - 11 acre land parcel in my wife's

name with a 17' travel trailer, minivan, bulldozer and Chevy Pickup truck . The Search Agent

forced entry into the 17' travel trailer, which was a former residence of Mr. Paul Cabrera, a

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

company employee. They confiscated ammunition and personal property that belonged to Mr.

Paul Cabrera. They also confiscated a dash camera and dome security camera. In addition 1-

Black Ballistic Helmet -w/ 7 pads,head strap, -Level IIIA was in the back seat of the pickup

truck registered to Mr. Paul Cabrera, by breaking the side passenger window of the Pickup truck.

This is the same helmet that is listed on the confiscation sheet. (See attached confiscated item

list)

The legal arguments are documented in a "Motion for return of Property Pursuant to Rule

41(g) of The Federal Rules of Criminal Procedure" in the related criminal case. These are

violations of 4th amendment conducting searches in violation of FRCP-41(e)(2) the "Search

Warrants" was intentionally vague and lacked the required specific "Particularity" as required,

and 5th Amendment - confiscation of property without just compensation.

The case investigation initiated by GSA-IG- S.A. Richard Rudolf in April of 2018 had

several inconsistencies  GSA-IG- S.A. Rudolf stated in his criminal complaint that his

investigation was the result of another "Law Enforcement" investigation that was initiated on

May 17th, 2016. He doesn't elaborate to present any material facts, related to the nature of the

2016 investigation nor does he identify the specific agency involved. He then claimed that he

acquired sample helmets that were part of a U.S. Navy FMS contract N0017415F0062 which

was completed and delivered in February 2015 and shipped to Pakistan. GSA-IG- S.A. Rudolf

claimed that the sample helmets that he inspected had chinese markings inside the shell. The

photographs that I examined do have the same characteristics of a military issue Advanced

Combat helmet (ACH) with the SEG Armor label, but there was no "Chain of Custody"

associated with the presented evidence to verify that the "sample helmet" was one of the units from the original contract three years earlier. If the chinese markings were discovered during the orginal inspection after the shipment was received, why did the government ( U.S. Navy) wait three years for GSA-IG- S.A. Rudolf's  2018 investigation? In review of the criminal complaint, the majority of the language was focused on establishing GSA-IG-S.A. Rudolph's background and credentials as a "fraud investigator". He presented this as his foundation for viewing me as a suspect. The 19 months of investigation and surveillance that was conducted against me, prior to my arrest, as revealed in the "Discovery evidence", was conducted at a taxpayer cost of over an estimated $1,500,000.00 USD. The total sale price of all of the body armor contracts combined that were subject to the investigation was less than $ 660,000.00 U.S.D.This is a further reflection of a mindset lacking common sense with a instilled bias and prejudice agenda that resulted in a needless misuse and waste of government resources.


A.U.S.A. Wright's persistence in presenting her false narrative of my background and character resulted in me being remanded to custody at D.C. Jail until 04/03/2020. On 04/03/2020 U.S. Federal Magistrate Judge approved an increased bail to $100,000,00 U.S.D ( Property Bond - requiring the pledge of the family residence and the 11 acre property in Louisa ,Virginia) without any explanation for the increased amount. My wife secured the bond, the release was due to a continued effort by my F.P.D.O. Attorney arguing COVID-19 concerns. I was restricted to a "house arrest" 24 hour lockdown with electronic monitoring and periodic drug testing. This order was presented without any just cause.  The electronic monitoring method presented by U.S.P.O. Pretrial Services was a software application that they insisted to be installed on my wife's cell phone. (This is an infringement on my wife's civil rights.) On 04/01/2020- Approx. 11

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

AM - U.S.P.O. Pretrial Officer Eric Finney Frick called my wife and informed that she would be required to surrender her cell phone to me upon my release as a required condition and would she agree to this condition? My wife responded to U.S.P.O. Pretrial Officer Frick that she was at work, dispensing medication and couldn't engage in a long conversation. (She is a medical technician at an assisted living facility in Arlington Virginia). U.S.P.O. Pretrial Officer Frick acted indifferent to her request and informed her that he required an immediate answer, as his supervisor was requiring an immediate answer. My wife acknowledged and agreed to the condition under duress, because there was a non verbal inference conveyed that I would not be released unless she complied.

On 04/02/2020 U.S. Asst. Attorney Wright appealed the decision ,but was overruled. On Friday 04/03/2020, the morning of my release, U.S.P.O. Pretrial Officer Frick called my wife and informed her that I was being released from the Baltimore Federal Courthouse, and she needed to go there and pick me up. My wife was already at work, she explained she couldn't leave her duties without advance notice. It was finally agreed after my attorney became involved with the dialogue that I could travel via cab to my residence. U.S.P.O. Pretrial Officer Frick then impatiently insisted that my wife had to surrender her cell phone to me on my arrival home. My wife responded that she needed her cell phone for work and her own personal use. U.S.P.O. Pretrial Officer Frick responded, "You agreed to do it when we spoke yesterday". My wife then inquired if Pretrial Service could provide a cell phone, if it was that urgent? U.S.P.O. Pretrial Officer Frick replied "yes we can if necessary, but you agreed that you would surrender your phone." My wife replied that she would, but it would be temporary, because she needs her phone for her own communication needs. U.S.P.O. Pretrial Officer Frick acknowledged but made no

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

response to offer a cell phone. My wife met me at our residence at approximately 12 PM, she

was able to leave work after she completed dispensing medication. She gave me her cell phone

and she returned to work. I called U.S.P.O. Pretrial Officer Leigh A. Messett per my release

instructions. She was to assist with the installation of the BI-Link Application Tracking link.

U.S.P.O. Pretrial Officer Messett's demeanor was abrasive and autocratic, she behaved as if my

home detention personally bothered her. I encountered some technical issues with the installation

process, and she accused me of not cooperating and threatened to violate me. The BI Link phone

application was designed with very intrusive and annoying features. It would generate 4 to 5

notifications per day from 5 AM to 2 AM in the night. On each notification I was required to

take a selfie photo at the time of the notification, even though I was in my home. If I didn't

respond immediately, it was considered a violation. The next day (Saturday) my wife purchased

me a cell phone. I uninstalled the BI-Link application from my wife's phone and installed the

application on my new phone. (My cell phone had been confiscated during the execution of the

Search Warrant).


There were several incidents where I didn't respond immediately to the "check in", either

because I was on the phone (the notification feature malfunctioned when the phone was in use)

or was in the shower. Once I was in my home, I was under the misimpression that I could

perform limited tasks, such as walk the dog and assist my wife with carrying groceries or taking

out the trash. U.S.P.O. Pretrial Officer Messett surveilled my home from the parking lot for

several weeks upon my release. She video taped me walking my dog, taking out the trash, and

helping my wife take in the groceries for the sole purpose of violating me. U.S.P.O. Pretrial

Officer Vakida Wilson (who was my primary officer) and U.S.P.O. Pretrial Officer Leigh A.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

Messett  immediately filed negative reports to have me violated, fortunately, Magistrate Sims did

not rule in their favor. I was informed in very threatening terms by U.S.P.O. Pretrial Officer

Messett that I was prohibited from performing these very basic tasks.This type of petty behavior

and opressive restrictions served no purpose except to place additional burdens on my wife,

demonstrate an abuse of authority and impose needless excessive punitive enforcement, which

further demonstrated the implicit bias, prejudice, and discrimination, initiated by A.U.S.A.

Wright. Here is an interesting observation, all of my past criminal activity occurred before she

was even born!


There is another motive for Pretrial Services use of the BI-Link Tracking/Monitoring Cell

Phone Application. This product has surreticious features that can monitor and record phone

calls, social media communications, and SMS text messaging. I am familiar with BI-Link

products and support services because I had several discussions with their engineering

department several years earlier at the NATIA (National Association of Technical Investigators)

Security Trade Show. We had an interest in integrating their product into our cellular intercept

monitoring system. The application has two modes, the overt mode ,where you know it is

installed on the cell phone and covert mode where it's still monitoring cell phone activity without

your knowledge. Pretrial Services wanted my wife's consent as a requirement to install the

application on her phone so they could monitor the cell activity of her phone without a warrant.

This is clearly a 4th amendment violation and another example of why there is a dire need for

reform of some of the policies and activities of the federal criminal justice system.

On 04 / 23 / 2020 - A.U.S.A. Wright, issued a subpoena to my daughter of Newport

Beach, California to force her to surrender letters that I had written to her during my

incarceration. I wrote to my daughter letters, explaining my case and asking for her support to

circulate case information in an effort to secure additional legal support in defending myself.

A.U.S.A. Wright wanted to examine the letters, for potential information that could be used

against me. She performed a similar action to a long time friend and associate, Lt. Col. Michael

Janay- U.S.M.C., retired of Bristow, Virginia. She sent Agents to his home to interview him and

with the threat of subpoena, if he didn't surrender the letters I had written to him during my

incarceration. She also demanded a copy of the character reference letter that he wrote on my

behalf and had sent to my attorney. These actions may be legal but reflect a sociopathic mindset,

excessive pettiness and abuse of authority that demonstrate a lack of ethics and professionalism.


A.U.S.A. Wright wasn't satisfied with the single count of "Bank Wire Fraud" and she

didn't have the authority to charge me with firearms possession due to jurisdiction. She contacted

A.U.S.A. Benjamin E. Kringer and requested his support to initiate additional charges against me

for firearms possession. On June 26th, 2020, I was formally charged with firearms possession in

the Alexandria Virginia Federal District Court. I surrendered myself on Monday 06/29/2020 to

U.S. Marshalls at the Alexandria Federal Courthouse. I had my initial appearance at 13:00 hours

(1 PM), A.U.S.A. Benjamin E. Kringer aggressively argued for my incarceriation, again without

any just cause. He presented the same unsubstantiated claims that A.U.S.A. Wright previously

presented, he falsely argued that I had violated my home confinement, without any evidence.

Federal District Magistrate Judge Michael S. Nachmanoff (the same Federal Magistrate Judge

who signed the Search Warrant for my Springfield warehouse and my Lorton residence) ordered

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

a formal hearing. I was remanded to the Alexandria City jail. The formal hearing was the

following day, 06/30/2020, during the formal hearing GSA-IG-S.A. Radwick (One of the

investigating GSA-IG Agents) testified as a government witness and presented several false and

misleading statements to the Court. He stated that S.E.G. Inc. (my company) never possessed a

FFL license. He also exaggerated the amount of ammunition conficaterd during the execution of

the search warrant, claiming that over 800 rounds of ammunition was confiscated. The most

revealing statement he made was that the BI-Link application had been monitoring all of my cell

phone communication and was providing data to him and the U.S.P.O. Pretrial Office, without a

warrant. The Virginia Court upheld the Maryland Release Order with some changes, A.U.S.A.

Kringer insisted that my electronic monitoring should be changed from a phone application to an

actual GPS electronic ankle bracelet monitoring unit. The modification was approved and I was

released to return home and continue my house 24 lockdown detention. The GPS ankle bracelet

tracker was an improvement. I no longer had to perform the 4 to 5 per day self-checkins, which

was a relief, I'm sure that my phone was still being monitored even though I uninstalled the

BI-Link application from my phone.


**Electronic Surveillance Tracking**

BI Incorporated a GEO Group company of Boulder Colorado is the exclusive contractor

for providing the BI-Link tracking product line of various types of electronic monitoring

technologies. The Federal District Courts force detainees to submit to electronic tracking

surveillance technology as a condition of release regardless of the circumstances of their case.

This has become a standard practice for the majority of released detainees. This policy is a direct

violation of The 1987 Bail Reform Act under 18 U.S.C. § 3142(b). In addition the detainee is

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

responsible for the monthly monitoring cost, if they are employed. BI -Smart Link GPS tracking - $4.00 per day - ($120.00 per month) BI-Smart-Link Cell phone App - $0.60 per day - ($18.00 per month). This is billed directly to the detainee on a monthly basis.

"Qui Pro Domina Justitia Sequitur" (Latin: "Who prosecutes on behalf of justice, or the Lady Justice ") is the motto of the Department of Justice. The duty of a prosecutor is to pursue justice by seeking the truth and verifying facts when investigating criminal acts. Unfortunately there lurks a cancer within the criminal justice system, where it has become accepted practice for prosecutors to politicize the office, view defendants as inferior objects to manipulate, to defame, misrepresent facts, make material false statements, and attack the character of a person. These actions all in an effort to circumvent a defendant's due process and civil rights for the sole purpose of a quick plea agreement and conviction for the prosecutor's self enhancement. This behavior violates the code of ethics, the rule of law, and is an assault on the collective integrity of the institution of justice.

It is a tactic that I am quite familiar with, it is practiced in psychological warfare (psy-ops). There is a "subject of interest" who you wish to discredit, a fase narrative is created and it is repeated to the public and media, repeatedly to such an extent that people come to believe it. Our previous president Donald J. Trump was a prolific practitioner of these tactics in his promotion of the "Big Lie" (that the Presidency was stolen from him). A.U.S.A. Elizabeth G Wright is also a practitioner of these same tactics. She created a false narrative to discredit my character, which supported a self empowerment agenda, she deliberately made efforts to inhibit my right to due process. Any facts that counter her narrative, she made efforts to suppress them.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

It is also unfortunate that Ms. Wright's superior, Acting United States Attorney Jonathan F.

Lenzner supported her actions without question or concern. There is a further irony, she cannot

be sued for libel because of the protection of "Absolute Privilege". (I wrote an article on the

subject for my social psychology course and submitted it to the American Constitutional Society)


A.U.S.A. Wright's fanantical behavior forced me to break a confidential relationship that

I have had with the FBI Counterintelligence office for over 25 years, I was forced to reveal my

relationship in defense of my character. Two of my past FBI "Handlers", retired, S.A. Gene

McCelland and S.A. Mike White agreed to provide testimony on my behalf as a character

witness in an effort to counter A.U.S.A. Wright's "false narrative". A.U.S.A. Wright made an

attempt to suppress this testimony. This is a violation of my 6th amendment - inhibiting a

defense witness from testifying.  My attorney was required to submit a "Touhy Request "to the

FBI, for S.A. Gene McCelland, (retired) to be allowed to testify. AUSA Elizabeth G. Wright

protested Mr..McCelland's testimony, her action resulted in the FBI to deem all of the exhibits

submitted to the court  to be treated "as classified" and all the government servers must be

"cleaned" and all future submissions must be approved by the FBI before they can be presented

as Defense evidence exhibits. This also is a violation of my 6th amendment - inhibiting a defense

witness from testifying, by "classifying" the statements of testimony, with possible refusal of

being able to use those statements in defense of a criminal case is a further act of testimony

suppression. The fact that I was forced to expose my past 25 years of confidential patriotic

service to defend my character, in an attempt to counter the extreme false narrative generated by

A.U.S.A. Wright, reflects a campaign of persecution, not prosecution. A.U,S.A. Wright's

continued efforts to inhibit my former FBI handlers from offering testimony on my behalf

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

resulted in the revocation of Mr. Mike White's security clearance. He has been working as a contract security consultant working on classified projects. (Here is another example of abuse of authority.)

There is a fine line between cops and criminals. It may surprise you that I worked from 1998 until December 2019 for MPD -Internal Affairs Technical Surveillance Unit (TSU) under contract as their "Surveillance Equipment Consultant "and during that time I had first hand observation of police misconduct.

My crime in the related criminal case is OEM manufacturing body armor products in a non TAA compliant nation and misrepresenting the country of origin with the labeling and documentation. The government interrupted my actions as "Bank Wire Fraud" - 18 U.S.C. § 1343, with a penalty of not more than 20 years imprisonment/$250,000 fine or twice the gross gain/loss, whichever is greater (Class C Felony).

It should be noted that all of the body armor and helmets that were supplied to U.S. government clients, where payment was received, the items were accepted and used. The items met all ballistic testing standards, and were of a high quality standard.  There was no evidence of overcharging the government, all pricing was competitive. There was never an actual loss to the government clients. There are Defense Exhibits available to substantiate this.

AUSA Wright went to the extent of contacting all of the agencies who purchased the S.E.G. Armor, and informed them that they must remove the items from their inventory, on the

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

claim that they were not TAA compliant to further substantiate her claim that the government suffered a loss. All of the contracts that were completed where products were delivered and accepted and paid in full, met all ballistic protection standards, and they were placed into use for more than 3 - 5 years prior to the related criminal case.

The"One Time Supply Contracts" for Body Armor and Helmets awarded to S.E.G. Inc. represented  less than 20% of the company's core work activity. It is apparent that prosecution of this crime has been selective and subjective, other violators of similar and or larger volume received civil fines in lieu of criminal prosecution. In comparison to other large corporations who engaged in similar conduct on a larger scale routinely received civil fines. (See below)

2000 -  Lockheed Martin - The U.S. State Department charged Lockheed Martin (formerly Martin Marietta Astro Space) with violating the Arms Export Control Act and the International Traffic in Arms Regulation when it provided technical assistance to Chinese space launch vehicle firms in 1994. Lockheed settled the case, agreeing to pay a civil penalty of $13 million ($5 million of which was suspended but applied toward the cost of remedial compliance measures).

2004 - Boeing - and the U.S. government reached a settlement over claims Boeing delivered military aircraft containing parts made of Russian-melted titanium rather than U.S. product, in violation of the Berry Amendment, 10 U.S.C. § 2533(a), which provides that a contractor may not purchase foreign titanium with appropriated funds. In addition, Boeing agreed to deliver

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

without charge aircraft parts worth more than $1.4 million. The case was settled with the Department of Justice under the False Claims Act, 31 U.S.C. § 3729-3733.

2013 - CDW-Government LLC agreed to pay a civil fine of $5.66 million after it committed several violations, including selling products to the government that were manufactured in China and other countries in violation of the Trade Agreements Act.

2013, World Wide Technology paid a $735,000 civil fine after it violated the Trade Agreements Act by falsely certifying that certain products sold to NASA and the Department of Defense were in compliance with the Act when in fact they had been manufactured in China and other countries.

See Federal Contractor Misconduct Database at the Project on Government Oversight website, available at https://www.contractormisconduct.org

The second count, Possession of Firearms by a Prohibited Person 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2) was a requirement of the government plea agreement. I am a convicted felon, but recently had my rights restored in the Commonwealth of Virginia (02/2021). I legally acquired the weapons over twenty five years ago under various circumstances when my company possessed a legitimate Federal Firearms License (FFL). I operated within an unwritten "state of Grace" with authorities. The weapons were kept in a secure manner and were never used in a commission of a crime. I fully understand that I should have disposed of these items years ago..

On October 15, 2020, I agreed to the government plea agreement, I plead guilty to;

1- count - Wire Fraud 18 U.S.C. § 1343 - Criminal No. GJH-20-171

1- count - Possession of Firearms by a Prohibited Person - Criminal No. GJH-20-368.

Since my guilty plea, of 10/15/2020, the sentencing has been delayed without a scheduled date due to the recent development of the FBI stating that all of the defense exhibits relating to my 25 years of service as a Confidential Information Asset with the FBI are "classified". All of the government servers in which stored case related material must be "cleaned" and all future exhibit submissions must be approved by the FBI, prior to their submission.

Since my arrest, incarceration and 24 lock down home detention, I have lost my security business of 28 years, sacrificed a 30 year career as a security professional, and suffered severe financial hardship. All of my company merchandise has been confiscated, although I have submitted a motion for its return. I have been prohibited from any form of employment, due to the 24 hour lockdown status.

The collective actions of A.U.S.A. Elizabeth G. Wright represents an abuse of authority, violation of my 1st, 4th, 5th, 6th, 8th and 9th amendment rights, in reference as to how I have been treated by members of the Federal Criminal Justice System and how the search warrants were executed in related criminal case.

1st Amendment - prohibiting my speech in reference to testimony in the related criminal case due to the FBI deeming my defense statements as "classified" and restricted.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

4th Amendment - conducting search warrant in related criminal case in violation of FRCP-41(e)(2) the "Search Warrants" was intentionally vague and lacked the required specific "Particularity" as required. Property was confiscated that had no relation to the related criminal case

5th Amendment - confiscation of property without just compensation in the related criminal case.

6th Amendment - prohibiting witness testimony in the related criminal case due to the FBI deeming my defense statements as "classified" and restricted.

8th Amendment - imposing incarceration and  excessive bail and 24 hour home confinement without just cause in the related criminal case.

9th Amendment - Presenting defamatory, misleading and false information to the court in the related criminal case, which resulted in biased, prejudice,and discriminatory harmful actions against my person and character

All of the activity documented in this complaint can be substantiated with the court record transcripts, submitted exhibits, submitted motions, and written statements.

29

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Since my house detention I enrolled with Southern New Hampshire University online degree program and have completed 92 credits toward a BA in Psychology and maintaining a 4.0 average.

I submit this complaint not just to bring light to my circumstances, but in an effort to attempt to expose and correct serious procedural, policy and behavioral institutional flaws of the system. It should be the obligation and duty of any government institution to ensure that it's members conduct themselves with honesty and adhere to high ethical standards and refrain from embracing biased, prejudiced and discriminatory agendas for the sole purpose of self enhancement and the exploitation of the rights of individuals who become subjects of the criminal justice system.  In conclusion I thank you for your time and pray you find merit in this complaint.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## Search-Warrant Confiscated items and Damaged Property
## Lorton

**9622 Hagel Circle , Lorton, Va. 22079 - Location -1**

| No | Quantity | Item /Description | Confiscated / Returned | Condition | Unit Cost | Value USD |
|----|----------|-------------------|------------------------|-----------|-----------|-----------|
| 1. | 3 | Level III -Ballistic Plates - Proto type -No NIJ labeling | Confiscated | New (Never Used) | $165.00 | $595.00 |
| 2. | 2 | Level IV -Ballistic Plates - Proto type -No NIJ labeling | Confiscated | New (Never Used) | $185.00 | $370.00 |
| 3. | 3 | Standard Black modular NIJ Level IIIA - vest  w/ SEG Armor labeling | Confiscated | New (Never Used) | $235.00 | $705.00 |
| 4. | 4 | Blue Navy Flotation Ballistic vest NIJ-IIIA (w/ SEG Armor labeling | Confiscated | New (Never Used) | $685.00 | $2,740.00 |
| 5. | 1 | (Navy color Level IIIA vest **Personal defendant's property -Generic – no label or markings** | Confiscated | Used Good Condition | $235.00 | $175.00 |
| 6. | 1 | Black Hi Cut Helmet - Nll IIIA w/ rail system w/ SEG Armor Label | Confiscated | New (Never Used) | $ 385.00 | $385.00 |
| 7. | 1 | ACH -Black Helmet NIJ-Level II - Unlabeled | Confiscated | New (Never Used) | $365.00 | $365.00 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

| 8. | 1 | Black -Shotgun Carry Case | Confiscated | Used Good Condition | **$60.00** | **$60.00** |
|---|---|---|---|---|---|---|
| 9. | 18 | 12 gauge & slug -Shells | Confiscated | Used Good Condition | **$1.30** | **$23.40** |
| 10. | 12 | 12 gauge .00-buck -Shells | Confiscated | Used Good Condition | **$1.20** | **$14.40** |
| 11. | 15 | Less Lethal 12 Gauge rubber shot | Confiscated | Used Good Condition | **$5.40** | **$81.00** |
| 12. | 1 | SPAS-12 Gauge Shotgun - SER #-AA18706 | Confiscated | Used Good Condition | **$1200.00** | **$1,200.00** |
| 13. | 1 | Red Black hawk Range Bag | Confiscated | Used Good Condition | **$40.00** | **$40.00** |
| 14. | 1 | Premium Oak wood gun cleaning kit | Confiscated | Used Good Condition | **$65.00** | **$65.00** |
| 15. | 1 | Standard soft case gun cleaning kit | Confiscated | Used Good Condition | **$35.00** | **$35.00** |
| 16. | 1 | High Quality Headset Ear Protection | Confiscated | Used Good Condition | **$65.00** | **$65.00** |
| 17. | 1 | Prescription Shooting glasses | Confiscated | Used Good Condition | **$120.00** | **$120.00** |
| 18. | 15 | Paper Targets | Confiscated | New- Unused | **$0.25** | **$3.75** |
| 19. | 1 | BlackPadded soft zippered Pistol Case | Confiscated | Used Good Condition | **$25.00** | **$25.00** |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

| 20. | 1 | (Markarov) lMEZ 380APC S/N.BOH8322 w/ (2) 10 Rnd, Magazines (Custom Grips) Rear windage and elevation sights | Confiscated | Used Good Condition | **$550.00** | **$550.00** |
|---|---|---|---|---|---|---|
| 21. | 99 | .380 American Eagle Rounds | Confiscated | New Condition | **$1.10** | **$108.90** |
| 22. • | 1 | Grey Padded soft zippered Pistol Case | Confiscated | Used Good Condition | **$25.00** | **$25.00** |
| 23. | 1 | S & W Model 469 9mm S/N. TBT727O , w/ 2 magazines | Confiscated | Used Good Condition | **$650.00** | **$650.00** |
| 24. | 62 | 9mm American Eagle | Confiscated | New Condition | **$0.90** | **$55.80** |
| 25. | 1 | Shooter Bench Block | Confiscated | Used Good Condition | **$29.00** | **$29.00** |
| 26. | 2 | Green Padded soft zippered Pistol Case | Confiscated | Used Good Condition | **$25.00** | **$50.00** |
| 27. | 6 | Uncle Mike's assorted holsters | Confiscated | Used Good Condition | **$30.00** | **$180.00** |
| 28. | 4 | Rubber ear plugs set | Confiscated | Used Good Condition | **$4.00** | **$24.00** |
| 29. | 1 | S&W 38 Special Sub nose 5 Rnd. Revolver S/N J125298 - w/ (2) 5 Rnd w/ Speed Loaders | Confiscated | Used Good Condition | **$450.00** | **$450.00** |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

| 30. | 10 | .38 Special rounds | Confiscated | New Condition | **$1.20** | **$12.00** |
|---|---|---|---|---|---|---|
| 31. | 1 | Samsung cell phone; black; carrier AT&T; marked "A" for identification | Confiscated | Used Good Condition | **$80.00** | **$80.00** |
| 32. | 1 | Samsung cell phone; black; carrier AT&T; marked "B" for identification | Confiscated | Used Good Condition | **$80.00** | **$80.00** |
| 33. | 1 | Pantech cell phone;green; carrier AT&T; marked "C" for identification | Confiscated | Used Good Condition | **$40.00** | **$40.00** |
| 34. | 1 | BLU - Cell Phone—Active | Confiscated | Used Good Condition | **$80.00** | **$80.00** |
| 35. | 1 | (1) Samsung Galaxy Note - Cell Phone S/N R28J227ZXZ / w/ Samsung Battery S/N BD1HC19VS/2~B - | Confiscated | Used Good Condition | **$120.00** | **$120.00** |
| 36. | 1 | Samsung Galaxy Note S/N RF8642B39SP / w/ Samsung Battery S/N AA1K514DS/1-B | Confiscated | Used Good Condition | **$120.00** | **$120.00** |
| 37. | 1 | Blu cellphone S/N 3080013016015695 - ** Not Active ** | Confiscated | Used -Good condition | **$90.00** | **$90.00** |
| 38. | 1 | Dell Latitude Laptop S/N 7QXF3R1 – Business Travel Laptop | Confiscated | Used -Good condition | **$230.00** | **$230.00** |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

| 39. | 1 | Panasonic laptop, silver/black, Toughbook, SN: CF-52/UCBDBM | Confiscated | Used-Poor condition No Hard Drive | $120.00 | $120.00 |
| 40. | 1 | (1) Computer Tower S/N 106687809 - **Small Business and home use computer | Confiscated | Used Good Condition | $280.00 | $280.00 |
| 41. | 1 | External SSD S/N VTB60009261 ** Contains all SEG work Data, | Confiscated | Used Good Condition | $340.00 | $340.00 |
| 42. | 1 | External HD S/N S|4730339 – Portable drive for Business travel | Confiscated | Used Good Condition | $160.00 | $160.00 |
| 43. | 1 | Toshiba External Drive S/N 91C2C6717MC4 | Confiscated | New -Good condition | $68.00 | $68.00 |
| 44. | 1 | Rubber Armor case for the Dell Tablet that was returned | Confiscated | Used -Good condition | $40.00 | $40.00 |
| 45. | 1 | DC- Power converter S/N 923563 / | Confiscated | Used Good Condition | $26.50 | $26.50 |
| 46. | 1 | Box SEG business checks OAS Staff Federal Credit Union | Confiscated | New Good Condition | $28.00 | $28.00 |
| 47. | 1 | Box SEG Business checks Navy Federal Credit Union | Confiscated | New Good Condition | $28.00 | $28.00 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

| 48. | 2 | (2 ) Boxes Arthur Morgan Check Books | Confiscated | New Good Condition | $28.00 | $28.00 |
|---|---|---|---|---|---|---|
| 49. | 2 | Rolls - S.E.G. Inc. Product Labels - Gold | Confiscated | Good Condition | $6.00 | $12.00 |
| 50. | 1 | Stack SEG Armor labels w/ NIJ lll A serial numbers, and date of manufacture | Confiscated | New Good Condition | $28.00 | $28.00 |
| 51. | 1 | Asia Security Group Company Stamp | Confiscated | New Good Condition | $30.00 | $30.00 |
| 52. | 1 | (1) Dayrunner Telephone and address passwords - | Confiscated | Used Good Condition | $12.00 | $12.00 |
| 53. | 1 | SEG Inc. Arthur Morgan business cards (stack) | Confiscated | New -Good condition | $68.00 | $68.00 |
| 54. | 1 | Pantech cell phone; purple; carrier AT&T; marked "D" for identification | Returned | Damaged-Not bootable | $40.00 | $40.00 |
| 55. | 1 | Samsung flip cell phone; black, silver, and blue; marked "E" for identification | Returned | Damaged-Not bootable | $60.00 | $60.00 |
| 56. | 1 | Samsung cell phone; silver; carrier Cingular, Marked "F" for identification | Returned | Damaged-Not bootable | $80.00 | $80.00 |
| **Total equipment outstanding value amount confiscated and damaged** | | | | | | **$11,490.75** |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| | | | | | |
|---|---|---|---|---|---|
| **Attic Damage** Attic was searched - rifled through Christmas decorations ,and empty suitcases and tore up floor insulation  and broke the retaining wall during their search. (have photos) Requires replacement of the insulation. | | | | | |
| 1. | 16 | R-30 Unfaced Fiberglass Insulation Batt 16 in. x 48 in.by Owens Corning | | **$65.00 per roll** | **$1,040.00** |
| 2. | 1 | Installation | | | **$1200.00** |
| 3. | 2 | Particle Board ¼" x 18" x 24" | | 7.00 | 14.00 |
| 4 | 1 | Labor to replace damaged panel | | | $175.00 |
| **Total Amount to repair the Attic Damage** | | | | | **$ 2,429.00** |
| **Total property and Damage repair combined amount** | | | | | **$13,919.75** |

| | | | | | | |
|---|---|---|---|---|---|---|
| | **Personal and Company property confiscated and requires to be  returned to owner -no established value** | | | | | |
| 1. | 2 | Banking documents folder "2016 Arthur Morgan | Confiscated | Good Condition | **Personal Property** | **Personal Property** |
| 2. | 2 | Misc Business Docs Folder approx 20-30 documents | Confiscated | Good Condition | **Personal Property** | **Personal Property** |
| 3. | 1 | 2018 2019 W-2 Records -IRS | Confiscated | Good Condition | **Personal Property** | **Personal Property** |
| 4. | 1 | Folder"2017Individual income tax return" Arthur Morgan | Confiscated | Good Condition | **Personal Property** | **Personal Property** |
| 5. | 1 | Folder - Itra Ventures Civil Law Suit Documents | Confiscated | Good Condition | **Personal Property** | **Personal Property** |
| 6. | 2 | Passport 1- Expired 09/2010 2- Expired 09/2020. | Confiscated | Good Condition | **Personal Property** | **Personal Property** |

37

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

| 7. | 1 | 2019 Louisa County Tax Bills – in the name of Susan Morgan | Confiscated | Good Condition | **Personal Property** | **Personal Property** |
|----|---|---|---|---|---|---|
| 8. | 1 | Gilbert Small Arms Range Card – expired in 2005 - | Confiscated | Used Good Condition | **Personal Property** | **Personal Property** |
| 9. | 1 | Arthur Morgan Armed Security Officer. ID card 2005. | Confiscated | Used Good Condition | **Personal Property** | **Personal Property** |
| 10. | 1 | 2006 NRA Membership Card | Confiscated | Used Good Condition | **Personal Property** | **Personal Property** |
| **Items Returned in Good Condition** | | | | | | |
| 1. | 6 | Charging devices; (4) black, (2) grey, | Returned | Used-Good Condition | **N/A** | **N/A** |
| 2. | 1 | (1)Patriot memory SD card -IGB | Returned | Used-Good Condition | **N/A** | **N/A** |
| 3. | 1 | 1) Micro SD adaptor | Returned | Used-Good Condition | **N/A** | **N/A** |
| 4. | 1 | Hui feng joint-stock USB **-8 GB** | Returned | Used-Good Condition | **N/A** | **N/A** |
| 5. | 1 | Unmarked USB Drive **-4 GB** | Returned | Used-Good Condition | **N/A** | **N/A** |
| 6. | 1 | WCS USB -4 GB | Returned | Used-Good Condition | **N/A** | **N/A** |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

| 7. | 1 | (1) Black USB **4 GB** | Returned | Used-Good Condition | **N/A** | **N/A** |
|---|---|---|---|---|---|---|
| **8,** | 1 | Micro Center adaptor and SD Card | Returned | Used-Good Condition | **N/A** | **N/A** |
| **9.** | 1 | SEG / reclact software USB **4 GB** | Returned | Used-Good Condition | **N/A** | **N/A** |
| **10.** | 1 | Emtec USB **- 4 GB** | Returned | Used-Good Condition | **N/A** | **N/A** |
| **11.** | 1 | ScanDisk Micro SD Adaptor | Returned | Used-Good Condition | **N/A** | **N/A** |
| **12.** | 1 | HC micro SD White | Returned | Used-Good Condition | **N/A** | **N/A** |
| **13.** | 1 | Micro Center USB 3.0 32 GB | Returned | Used-Good Condition | **N/A** | **N/A** |
| **14.** | 1 | Lenovo charger | Returned | Used-Good Condition | **N/A** | **N/A** |
| **15.** | 1 | USB Cable | Returned | Used-Good Condition | **N/A** | **N/A** |
| **16.** | 1 | Dell Tablet, black with gold "S.E.G. Inc." label, Service Tag 4CC9R02 | Returned | Used-Good Condition | **N/A** | **N/A** |
| **17.** | 1 | Pen voice recorder, w/ SD Card, | Returned | Used-Good Condition | **N/A** | **N/A** |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

| 18. | 1 | Smiley button video camera | Returned | Used-Good Condition | N/A | N/A |
| 19. | 1 | CAM-U7 -Covert body Worn Audio/video Camera | Returned | Used-Good Condition | N/A | N/A |
| 20. | 2 | 64 GB Micro SD Card | Returned | Used-Good Condition | N/A | N/A |
| 21. | 3 | Micro SD Card | Returned | Used-Good Condition | N/A | N/A |

**Search Warrant Confiscated items - Springfield, Va. -Warehouse**

The "Search Agents" conducted their activity in an excessive unprofessional manner. Violated the civil rights of other tenants by declaring a false "Bomb Scare" to illegally clear the area and inhibit the other tenants from conducting their normal legal activity within the facility. It was reported by Mr. Paul Cabrera (former S.E.G Inc. employee and government witness). Mr. Cabrera was informed by other tenants who were present in the facility at the time when the Search Agents appeared on the scene. This was done to force the other tenants out of the facility, so the Agents could conduct their Search and Seizure activity without anyone witnessing their activity. It was deceptive and violated the 4th amendment rights of the other legal tenants. This was illegal, unethical and unprofessional behavior.

35 pallets of Riot Gear intended to be shipped to State Dept. warehouse in Laredo Tx. Boxed palletized and shrink wrapped - Itemized below

| No. | Quantity | Item | Unit cost | Total Value |
|-----|----------|------|-----------|-------------|
| 1. | 126 | X-Large Duty Bag for Riot Gear | $40.00 | $5,040.00 |
| 2. | 69 | Riot Gear duty Belts | $8.50 | $586.50 |
| 2. | 43 | Anti Riot Gear Suit -Small | $205.00 | $8,815.00 |
| 3. | 166 | Anti Riot Gear Suit -Medium | $205.00 | $34,030.00 |
| 4. | 130 | Anti Riot Gear Suit -Large | $205.00 | $26,650.00 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| 5. | 38 | Anti Riot Gear Suit -X-Large | $205.00 | $7,790.00 |
| 6. | 43 | Anti Riot Helmet w/ shield -Small | $62.50 | $2,687.50 |
| 7. | 154 | Anti Riot Helmet w/ shield -Medium | $62.50 | $9,625.00 |
| 8. | 118 | Anti Riot Helmet w/ shield -Large | $62.50 | $7,375.00 |
| 9 | 38 | Anti Riot Helmet w/ shield -X-Large | $62.50 | $2,375.00 |
| 10. | 152 | Anti Riot Shield 900 mm x 500 mm x 3mm | $78.00 | $11,856.00 |
| 11. | 1 | Hydraulic Hand Pallet Jack -Used | $350.00 | $350.00 |
| 12. | 1 | 6" x 3" folding staging table | $70.00 | $70.00 |
| 13. | 1 | 1 Set of shipping Documents | N/A | N/A |
| **Total value of all items confiscated** | | | | **$117,250.00** |

**Search Warrant Confiscated and Damaged items** - Louisa, Va.

All of the items confiscated below were from the camper trailer, and the 1998 Chevrolet pickup truck which was the personal property of Paul Cabrera. Mr. Cabrera resided in the trailer from 2017 -2018. - The Search Agents were fully aware that the items confiscated had no connection to the related criminal case. Mr. Paul Cabrera is a licensed and registered Armed Security Officer with Virginia State DCJS

| No. | Item - description | Confiscated /Returned | Cost of Damaged or Value of item |
|---|---|---|---|
| 1. | 1- Black Ballistic Helmet -w/ 7 pads,head strap, -Level IIIA (Illegal confiscation) in front seat of 1998 Chevrolet Blue Pickup truck registered to Paul Cabrera The truck side passenger window was broken during the execution of the search warrant. The helmet that is listed on the confiscation sheet. The helmet is the personal property of Mr. Paul Cabrera, | **Confiscated** | $385.00 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

| | | | |
|---|---|---|---|
| | and was illegally confiscated. It had no label or markings. | | |
| 2. | Cost to replace the broken window damaged by Federal Agents prior to the executed search warrant | **Confiscated** | **$560.00** |
| 3. | 1- Dome Security Cam Model PP2950X27, S/N -832140503X0001 | **Confiscated** | **$385.00** |
| 4. | 12 - Rounds of 9 mm. Ammunition ($1.10 per round) | **Confiscated** | **$ 13.20** |
| 5. | 1- 30 Rnd SHK Extended Mag. for 9 mm. | **Confiscated** | **$29.00** |
| 6. | 1- 1GB SD Patriot memory | **Confiscated** | **$8.00** |
| 7. | 1-10-GB Thumb Drive | **Confiscated** | **$8.00** |
| 8. | 1- Plastic bin 24" x 24" 18" - full of personal documents of Mr. Paul Cabrera | **Confiscated** | **$24.00** |
| **Total Value of confiscated and damaged property** | | | **$1,412.20** |
| 9. | 1-Photo of sheet with combinations of DMV registrations forPaul Cabrera | **Confiscated** | **Persona; Property** |
| 10. | 1- DMV document for S.E.G. Inc. | **Confiscated** | **Personality Property** |
| 11. | 1- Navy Federal Credit Union receipt for $20,574.75 (To who?) | **Confiscated** | **Persona; Property** |
| 12. | Navy Federal Credit Union Check for $200.00 to DHS | **Confiscated** | **Personal Property** |
| 13. | 1- Silver & Black Dash Camera w/ SD card, model no. CDR-840 -32 GB Micro Converter Micro SD S/N -J5033028560 | **Returned** | **Personal Property** |
| 14. | 1- Seagate Hard Drive 250GB -S/N-5RYOSJHJ | **Returned** | **Personal Property** |
| 15. | 1- Blu cell phone - non operational | **Returned** | **Personal Property** |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)



**Search-Warrant Confiscated items and Damaged Property -Dickerson Storage**

| No. | Item | Confiscated or Damaged / Returned | Value |
|-----|------|-----------------------------------|-------|
| **1.** | Glass Table Top 24" x 48" | Totally destroyed in broken particles | $800.00 |
| **2.** | LP Vinyl record collection approx. 120 records - 1950 and 1970collection | Damaged - may classic albums are broken | $1600.00 |
| **3.** | 500 year old Antique Chinese Screen Gold leaf inlay front and ebony inlaid with stones on rear 5 panels - 14" x 72" X5 | Confiscated but not listed on the confiscation list | $8,000.00 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

| 4. | (1) Pelican transport case - wheeled 48" x 24" x 32" w/ trade show display posters | Returned | ($160.00) |
|---|---|---|---|
| 5. | Trade Show demo - non working modular Cell intercept monitoring system, | Returned | ($800.00) |
| 6. | Trade Show demo - non working  SAR (Search and Rescue GSM Tracking unit) Man Pack Pelican case w/ 1 patch antennas, 1-omni Antenna. | Returned | ($1,400.00) |
| 7. | 1- 32" Flat Screen color  monitor | Confiscated but not listed on the confiscation list | $400.00 |
| 8.. | Trade show display 120" x 72" | Returned | ($700.00) |
| 9. | 1 - Black wheeled tool box with approx. $800.00 with of technician tools | Confiscated but not listed on the confiscation list | $860.00 |
| 10. | 1- Black and yellow 2 tier tool box with $200.00 worth of technician tools. | Confiscated but not listed on the confiscation list | $260.00 |
| 11 | 2- License Plate Recognition camera | Returned | ($1,400.00) |
| **Total Amount** | | | **$11,920.00** |

| **Personal Property Confiscated -Documents** | |
|---|---|
| 1. | 1- SEG Armor Ballistic vest - (Agent claimed made in Ningbo China) This storage locker did not contain any body armor it was Defendant's personal furniture, documents, library |
| 2. | 3) - 24 DVD's - Blank **(Returned)** |
| 3. | 1- Folder -containing official application (no explanation as to for what purpose) - <br> 1- Birth Certificate for Arthur Morgan, <br> 1- 1992 - Parole Release for Morgan and parole release conditions, 1- "Art " of achievement. (Requires further detailed explanation by the Agents) |
| 4. | Envelope containing "Court transcripts from 1982 Appeal" for Arthur Morgan - (No reference to which case - no relation to current "Criminal Investigation") |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| None of the property and documents confiscated have any connection to the current case |
| --- |

### S.E.G. Inc. Business Worth
### Based on average of Annual Gross Receipts for past five years

| Year | S.E.G. Inc. -  IRS - 1120 | Annual Gross Receipts |
| --- | --- | --- |
| 2019 | S.E.G. Inc. Gross Income -  IRS - 1120 | $362,817.00 |
| 2018 | S.E.G. Inc. Gross Income -  IRS - 1120 | $403,570.00 |
| 2017 | S.E.G. Inc. Gross Income -  IRS - 1120 | $317,299.00 |
| 2016 | S.E.G. Inc. Gross Income -  IRS - 1120 | $496,732.00 |
| 2015 | S.E.G. Inc. Gross Income -  IRS - 1120 | $418,687.00 |
| Add total Gross Receipts for the past five years and divide by 5 <br> The average is the estimated value of S.E.G. Inc. | | |
| Estimated Value of S.E.G. Inc prior to company shut down | | $399,821.00 |

A.U.S.A. Elizabeth Wright intentionally forced the closing of S.E.G. Inc. prior to the

Defendant's conviction, violating basic rule of law of presumption of innocence prior to

conviction. She demonstrated malice and discrimination against the Defendant by embracing a

false narrative tha the Defendant was operating a criminal enterprise.  She presented false and

misleading statements to the Magistrate Court for advocating incarraciation of the Defendant

that would ensure the closure of S.E.G. Inc. business operation, in violation of the 1987 Bail

Reform Act.